JAMES J. O'BRIEN, Appellant, *v.* NEW YORK EDISON COMPANY, INC., et al., Respondents.

Argued February 28, 1938; decided March 2, 1938.

*Henry S. Reeder* for Floyd L. Carlisle et al., in support of motion.

*Raymond J. McVeigh* and *Gay H. Brown* for Public Service Commission of the State of New York in support of motion.

*James J. O'Brien*, in person, opposed.

Motions by Public Service Commission and Floyd L. Carlisle and Frank W. Smith to dismiss appeal granted and appeal dismissed.